UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JIMERSON,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIPATRIA STATE PRISON,<br><br>          Defendant. | Case No. 20-cv-05851-RMI<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a letter (dkt. 6) stating that he did not intend to file a civil rights case, which the court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). This case is **DISMISSED** without prejudice. The Clerk of Court shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: October 1, 2020

_____
ROBERT M. ILLMAN
United States Magistrate Judge